**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 02-1643

───────────────

GWENDOLYN H. JOHNSON,

Plaintiff - Appellant,

versus

DONALD RUMSFELD, Secretary, U.S. Department of
Defense,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-02-45-A)

───────────────

Submitted:  November 7, 2002       Decided:  November 13, 2002

───────────────

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Gwendolyn H. Johnson, Appellant Pro Se.  Richard Parker, Rachel
Celia Ballow, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria,
Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gwendolyn H. Johnson filed a notice of appeal in her civil action, which remains pending in the district court. Johnson states that she seeks to appeal a district court order entered on June 7, 2002, but there is no such order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Because the order Johnson seeks to appeal does not exist and because there is neither a final order nor an appealable interlocutory or collateral order, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED